# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:18-cr-35-Orl-31GJK**

**TANGANICA CORBETT**

## ORDER

This Matter comes before the Court on the Defendant's Motion to Amend/Correct Sentencing (Doc. 95), filed on July 27, 2018. The Government is hereby **ORDERED** to file a Response to the Motion to Amend/Correct Sentencing by **12:00 NOON** on Monday, July 30, 2018.

**DONE** and **ORDERED** in Orlando, Florida on July 27, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant