# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:18-cr-35-Orl-31GJK**

**TANGANICA CORBETT**
_____

## ORDER CORRECTING SENTENCE

This Matter comes before the Court on the Defendant's Motion to Amend/Correct Sentencing (Doc. 95), filed on July 27, 2018. The Defendant moved to correct the sentence imposed, arguing that the restitution obligation was improper in light of *Lagos v. United States*, 138 S. Ct. 1684 (2018). On July 30, 2018, the government filed a Response in which it agreed the restitution obligation should be removed under *Lagos*. Accordingly, it is **ORDERED** that the restitution obligation is hereby **REMOVED**.

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2018.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant